UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-10006-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BENJAMIN MOORE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Physical Evidence [ECF No. 16].

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow and accordingly, the Magistrate Judge conducted an evidentiary hearing on April 21, 2017. A Report and Recommendation [ECF No. 27] was filed on April 27, 2017, recommending that Defendant's Motion to Suppress Physical Evidence [ECF No. 16] be **denied**.

The parties were afforded the opportunity to file written objections if any, fourteen (14) days from the date of being served. The record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Lurana S. Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's, Report and Recommendation [ECF No. 27] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Physical Evidence [ECF No. 16] is **DENIED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, this __15__ day of May, 2017.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record